# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HORIZON RIDGE 231, LLC, | |
| Plaintiff, | 2:15-cv-00772-GMN-VCF |
| vs. | **ORDER** |
| ELIZON MASTER PARTICIPATION TRUST I, *et al.*, | |
| Defendants. | |

Before the court is *Horizon Ridge 231, LLC vs. Elizon Master Participation Trust I, et al.*, case number 2:15-cv-00772-GMN-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 3:00 p.m., July 31, 2015, in courtroom 3D.

DATED this 16th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE