**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| HORIZON RIDGE 231, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ELIZON MASTER PARTICIPATION TRUST I, *et al.*, <br><br> Defendants. | Case No. 2:15–cv–772–GMN–VCF <br><br> **REPORT & RECOMMENDATION** |

On March 23, 2015, Plaintiff commenced this action in state court against the Secretary of Housing and Urban Development ("HUD"), among others. On April 27, 2015, HUD removed the action to federal court and subsequently disclaimed its interest in the action.

On July 31, 2015, the court held a status hearing. Plaintiff's counsel and counsel for the government agreed that this matter should be remanded to state court because HUD, a federal agency, is no longer a party to the action and federal jurisdiction is now absent. The court agrees.

ACCORDINGLY, and for good cause shown,

IT IS RECOMMENDED that this matter be REMANDED.

IT IS SO RECOMMENDED.

DATED this 31st day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE